We'll call the next case Brachetti v. Barry. Mr. Krelin? I'm going to be brief because I think everything is pretty well stated in our briefs, and we have a lot of time, and I'm going to be